CHICAGO HEALTH CLUBS, INC., Plaintiff-Appellee, *v.* KASSIM Y. ADMAD, Defendant-Appellant.

(No. 55537; )

First District—April 26, 1972.

Opinion by Mr. PRESIDING JUSTICE DIERINGER.

Ron Fritsch, of Chicago, for appellant.

Wildman, Harrold, Allen & Dixon, of Chicago, (Harold W. Huff and Jerald P. Esrick, of counsel,) for appellee.